# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In Re: MIDLAND CREDIT MANAGEMENT, INC., TELEPHONE CONSUMER PROTECTION ACT LITIGATION | CASE NO. 11-md-2286 MMA (MDD)<br><br>Member Cases:<br>10cv2261 10cv2600<br>11cv2368 11cv2370<br>12cv2789 13cv1517<br>13cv1519 13cv1478<br>13cv1599<br><br>AMENDED CASE MANAGEMENT ORDER RE: DISCOVERY THROUGH FILING OF CLASS CERTIFICATION MOTION<br><br>[ECF NO. 61] |

On July 3, 2013, the parties filed a Joint Motion To Continue Deadlines in Amended Case Management Order. (ECF No. 61). Upon review of the motion and after conferring with the district judge, the Court finds good cause to issue the following amended scheduling order:

    1.    All fact and expert discovery necessary to support or oppose class certification shall be completed by ***December 13, 2013.*** "Completed" means that all discovery under Rules 30-36 of the Federal Rules of Civil Procedure, and discovery subpoenas under Rule 45, must

1  be initiated a sufficient period of time in advance of the cut-off date, so
2  that it may be completed by the cut-off date, taking into account the
3  times for service, notice and response as set forth in the Federal Rules of
4  Civil Procedure.  Counsel shall promptly and in good faith meet and
5  confer with regard to all discovery disputes in compliance with Local
6  Rule 26.1(a).  Counsel are to comply with the chambers rules of the
7  Magistrate Judge in bringing discovery disputes before the court.

8       3.  All expert disclosures required by Fed.R.Civ.P. 26(a)(2) shall be
9  served on all parties on or before *September 30, 2013*.  Any
10 contradictory or rebuttal disclosures within the meaning of Rule
11 26(a)(2)(D)(ii) shall be disclosed on or before *October 28, 2013.*  Unless
12 otherwise stipulated by the parties, the required expert disclosures shall
13 include an expert report as required by Rule 26(a)(2)(B).  If a written
14 report is not required, the disclosure must provide the information
15 required under Rule 26(a)(2)(c).

16      4.  On or before *January 10, 2014*, any motion for class
17 certification shall be filed.

18      5.  Within five (5) days of a ruling on a motion for class
19 certification, the parties must contact the Court to arrange a further
20 case management conference.

21      IT IS SO ORDERED.

22 DATED: July 16, 2013

                              Hon. Mitchell D. Dembin
                              U.S. Magistrate Judge